```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| THE 1228 INVESTMENT GROUP, L.P., | : | CIVIL ACTION |
| | : | NO. 21-1078 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HUB GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this **17th** day of **October, 2022**, upon consideration of Defendant/Third-Party Plaintiff's Motion for Partial Summary Judgment [ECF No. 25] and Plaintiff and Third-Party Defendants' Response Thereto [ECF No. 26] it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

It is **FURTHER ORDERED** that the parties shall update their Joint 26(f) report in light of the Court's decision and suggest to the Court how to proceed. A status and scheduling conference shall be held by telephone on **October 27, 2022** at **11:00 am.** Call-in information is as follows: **888-684-8852 / passcode: 4218221#.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**