IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE 1228 INVESTMENT GROUP, LP<br>Plaintiff,<br><br>v.<br><br>HUB GROUP, INC.<br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>THEITSUPPORTCENTER, LLC<br>Third Party Defendant. | CIVIL ACTION<br><br><br><br>NO. 21-cv-1078 |

## JUDGMENT

**AND NOW**, this 9th day of July, 2024, after a bench trial, upon consideration of the parties' proposed findings of fact and conclusions of law, and in accordance with the accompanying Memorandum, it is hereby **ORDERED** judgment is **ENTERED**:

1. In favor of Defendant/Third-Party Plaintiff Hub Group, Inc. ("Hub Group") and against Plaintiff The 1228 Investment Group, LP ("1228") on Count One (Breach of Contract) of 1228's Amended Complaint.

2. In favor of Hub Group and against Third-Party Defendant theITSupportCenter, LLC ("ITSC") on Count One (Breach of Contract) of Hub Group's Third-Party Complaint in the amount of $154,052.74.

3. In favor of ITSC and against Hub Group on Count Two (Indemnification) of Hub Group's Third-Party Complaint.

4. Hub Group shall pay $43,904.83 to 1228.[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge
**HODGE, KELLEY B., J.**

---

[1] This amount constitutes $36,633 in invoiced but unpaid Base Amounts and $7,271.83 in prejudgment interest.